UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRANKLIN MANUEL GONZALEZ DE LA CRUZ,
*on behalf himself, FLSA Collective Plaintiffs and the Class*,

          Case No.: 20-cv-1018

Plaintiff,     **RULE 68 JUDGMENT**

-against-

KALI CORP. d/b/a KALINA BAR & GRILL, MARIEN
GROCERY CORP. d/b/a CEMALYN GROCERY
CORPORATION, and CESAR RODRIGUEZ,

Defendants.
------------------------------------------------------------------------X

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Kali Corp. d/b/a Kalina Bar & Grill, Marien Grocery Corp. (incorrectly named in the caption as "Marien Grocery Corp. d/b/a Cemalyn Grocery Corporation"), and Cesar Rodriguez (collectively, "Defendants"), having offered to allow Plaintiff FRANKLIN MANUEL GONZALEZ DE LA CRUZ ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Forty-Seven Thousand Five Hundred Dollars and Zero Cents ($47,500.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated October 8, 2020 and filed as Exhibit A to Docket Number 18.;

    **WHEREAS**, on October 12, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 18);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 8, 2020 and filed as Exhibit A to Docket Number 18. The Clerk is directed to close this case.

**SO ORDERED:**

    */s/ Eric N. Vitaliano*
      Eric N. Vitaliano                                         Dated: October 13, 2020
  United States District Judge                             Brooklyn, New York